UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **BOAKAI BOKER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's pro se Appeal (#28) of Judge Cayer's Order (#27). The Court conducted an extensive hearing on the Appeal at calendar call and determined that defendant objected to the manner in which discovery would be provided to him as a pro se detained litigant. Based on those arguments and discussion with the pro se litigant, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Appeal is GRANTED in part and the Order is modified to provide as follows:

(1) the government shall make available to defendant all discovery that is capable of being printed in printed form and such material shall be delivered to the jail for defendant's review during regular visiting hours. None of these printed materials may be removed from the room or otherwise retained or copied. Defendant is, however, allowed to take whatever notes he deems appropriate. Jail authorities shall log the time defendant is allowed to spend reviewing those printed materials and may employ reasonable searches to assure that no materials are removed from the room; and

(2) as to materials that are only viewable on a computer, the government shall make the E-data available for review on a laptop that is not connectable to the internet. Jail authorities shall allow such review during normal visiting hours and shall log the time defendant spends with such E-data. Stand-by counsel shall retain a person of suitable qualification to assist defendant with the computer only materials, with such assistance limited to that of a "minder" of the computer and not of the defendant. Defendant shall not ask and such person shall not answer any legal questions concerning the materials. Stand-by counsel shall file an appropriate motion for approval of such person and for funding under the CJA plan, which needs to be approved in advance of contracting with that person.

United States District Court