UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **BOAKAI BOKER,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the Court on defendant's pro se Motion to Compel the Production of Brady Material. A Standard Criminal Discovery Order was, however, entered in this matter on May 12, 2016, providing for the production of all discoverable material, including materials discoverable under Brady and its progeny. Assuming that defendant does not already have a paper copy of that Order in his possession, the Clerk of Court will be directed to provide defendant with a copy along with this Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's pro se Motion to Compel the Production of Brady Material (#31) is **DENIED** as moot in light of the Standard Criminal Discovery Order. The Clerk of Court is directed to provide defendant with a copy of the Standard Criminal Discovery Order along with a copy of this Order.

Signed: March 23, 2017



Max O. Cogburn Jr
United States District Judge