UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOAKAI BOKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Amended Motion to Compel the Production of Brady Material. Having considered defendant's motion as amended and reviewed the pleadings, the Court will deny such amended motion for the reasons stated in the Court's earlier Order (#32).

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Amended Motion to Compel the Production of Brady Material (#33) is **DENIED** for the reasons stated in the previous Order (#32).

Signed: March 24, 2017



Max O. Cogburn Jr.
United States District Judge