UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | ORDER |
| | ) | |
| BOAKAI BOKER, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court regarding the government's Second Response to Defendant's Motion for Discovery (#42). The court finds that the government has satisfied the court's prior Order (#41) requesting such response to the defendant's *pro se* filing (#38) within seven days. Having considered the filings and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that to the extent that defendant's *pro se* filing (#38), docketed as "Pro Se Response to Court Order for Government to Produce Discovery," requests relief from the court, that relief has been granted and the filing requires no further action from the court.

Signed: April 28, 2017

Max O. Cogburn Jr
United States District Judge