UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOAKAI BOKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Motion to Continue (#44) and defendant's pro se "Response to Government['s] Second Response to Defendant's Motion for Discovery" (#45). In its Motion to Continue, the government contends that defendant is not prepared for trial and has not had a chance to negotiate a plea. In the "Second Response," defendant seeks a "status of counsel" hearing and expresses a desire to place matters on the record. The Court will, therefore, place both the Motion and the Response on for hearing at calendar call on Monday, May 15, 2017, at 9:30 a.m.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion to Continue (#44) and defendant's pro se Response to Government['s] Second Response to Defendant's Motion for Discovery (#45), deemed to be a Motion, are **CALENDARED** for hearing at calendar call on Monday, May 15, 2017, at 9:30 a.m.

The United States Marshal is instructed that defendant, who is proceeding pro se and in custody, is needed in Court at that day and time.

Signed: May 8, 2017

Max O. Cogburn Jr.
United States District Judge