IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | DOCKET NO.: 3:16CR92 |
| ) | |
| v. ) | |
| ) | ORDER FOR TRANSFER OF CUSTODY |
| BOAKAI BOKER ) | |
| ) | |
| ) | |

**THIS MATTER** is before the Court on the Government's Motion, filed June 27, 2017, for the transfer of custody of Defendant.

The Court has carefully reviewed the Motion, and believes that good cause has been shown to justify the temporary transfer of custody of Defendant Boakai Boker from the United States Marshals Service to USSS Special Agent R. Matt Hayes and/or another designated agent or CMPD officer. The transfer shall be subject to the following conditions:

(1) The United States Marshals Service shall allow the intermittent and periodic transfer of custody of the Defendant to USSS Special Agent R. Matt Hayes and/or another designated agent or CMPD officer, during the period from June 30, 2017 through December 29, 2017. The Defendant shall be returned to the Mecklenburg County Jail Central no later than 7:00 p.m. on each day agents obtain custody.

(2) Custody of the Defendant may be given to USSS Special Agent R. Matt Hayes and/or another designated agent or CMPD officer, provided at least one other law enforcement agent is present when the Defendant is transported. The United States Marshals Service shall not turn over custody of the Defendant unless an agent of USSS, CMPD, and/or another designated agent is present.

(3) When the Defendant is picked up each morning at the Mecklenburg County Jail Central agents shall use the same security and restraints as used by the United States Marshals Service when transporting a prisoner; i.e., the Defendant shall be placed in handcuffs and leg shackles whenever being transported.

(4) The only locations that the Defendant is to be presented with discovery or transported shall be to USSS Offices in Charlotte, North Carolina. At no time should the Defendant be in any other location other than when being transported to and from the Mecklenburg County Jail Central. There will be no exceptions to this provision without written motion and a corresponding written order.

(5) Agents shall provide the United States Marshals Service with reasonable notice each day they intend to obtain custody of the Defendant.

**SO ORDERED**.

Signed: June 28, 2017

David S. Cayer
United States Magistrate Judge