UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **BOAKAI BOKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on the government's Response to Court Order Regarding Status (#54). Having considered the government's Response, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that in light of the peremptorily set trial in <u>United States v. Floyd</u>, jury selection in this matter will occur on July 17, 2017 (the same day of jury selection in <u>Floyd</u>) and that trial will not commence before July 24, 2017.

Signed: July 3, 2017

Max O. Cogburn Jr.
United States District Judge