UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:16-cr-00092-MOC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| Vs. | ) | ORDER |
| **BOAKAI BOKER,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on defendant's Motion for Issuance and Service of a Subpoena at Government Expense. Having considered defendant's motion and finding that the issuance of the proposed subpoena, albeit out-of-time, is appropriate under Rule 17, Federal Rules of Criminal Procedure, and that defendant is indigent, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant's Motion for Issuance and Service of a Subpoena at Government Expense (in-court oral request) is **GRANTED**, the Clerk of Court shall issue a subpoena for Bianca Koontz, and the United States Marshal is respectfully instructed to serve such subpoena at government expense.

Signed: July 18, 2017

Max O. Cogburn Jr.
United States District Judge