# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:16-cr-92-MOC

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **BAOKAI D. BOKER,** ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Early Termination of Probation/Supervised Release. (Doc. No. 130). The Government has responded to the motion, noting that, after consulting with Defendant's probation officer, the Government does not oppose early termination. For this reason, and based on Defendant's arguments in support, the Court finds that Defendant is a suitable candidate for early termination.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's pro se Motion for Early Termination of Probation/Supervised Release, (Doc. No. 130), is **GRANTED**.

Signed: December 7, 2021

Max O. Cogburn Jr.
United States District Judge